UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHANNON DAVIS KAUFMAN,

    Plaintiff,

vs.

GREENE COUNTY, OHIO MIAMI VALLEY
JUVENILE REHABILITATION CENTER,

    Defendant.

Case No. 3:23-cv-70

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE AN AMENDED COMPLAINT (DOC. NO. 13); AND (2) DENYING AS MOOT WITHOUT PREJUDICE TO REFILING DEFENDANT'S MOTION TO DISMISS (DOC. NO. 12)**

---

Upon good cause shown, and absent opposition, Plaintiff's motion for leave of Court to file an amended complaint is **GRANTED**.  Doc. No. 13; Fed. R. Civ. P. 15(a)(1)(2).  Plaintiff shall refile her amended complaint as a separate document.  Defendant's pending Fed. R. Civ. P. 12(b)(6) motion to dismiss is hereby **DENIED AS MOOT WITHOUT PREJUDICE TO REFILING**.  Doc. No. 12.

    **IT IS SO ORDERED.**

Date:  November 9, 2023

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge